UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 04 B 10044
   JOE NMI CUELLAR IV
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8371
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/06/04 and confirmed on 10/29/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 12810.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| BANK ONE DELAWARE | UNSECURED | 31060.01 | .00 | 3441.19 |
| FIFTH THIRD BANK | UNSECURED | 7928.88 | .00 | 878.45 |
| JOE G & ROSIE ANN CUELLA | UNSECURED | 53900.00 | .00 | 5971.66 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | SECURED | .00 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 92888.89 | .00 | 92888.89 |
| PRINCIPAL PAID | .00 | .00 | 10291.30 | .00 | 10291.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10291.30 | .00 | 10291.30 |

The Debtor's attorney, GARY N FOLEY             , was allowed $ 2700.00
and was paid $    906.00  direct and $   1794.00  through the plan.

The Trustee received $    514.70 .

Refunds to the Debtor totaled $    210.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/14/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 10044 JOE NMI CUELLAR IV